**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7251

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JULIE RAE ROCK,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:16-cr-00084-AWA-RJK-2)

Submitted:  April 29, 2024                                    Decided:  August 5, 2024

Before RICHARDSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julie Rae Rock, Appellant Pro Se.  Megan Marina Montoya, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julie Rae Rock appeals the district court's order denying her 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's determination that Rock failed to present an extraordinary and compelling basis for relief. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (providing standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*